IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAVYN ASHLI MARTINEZ,

        Plaintiff,

vs.                                                1:23-cv-00004-WJ-JMR

MARTIN O'MALLEY,[1] Commissioner
of the Social Security Administration,

        Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 2, 2024 (Doc. 26). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 26) is ADOPTED;

2. Plaintiff's Motion to Remand (Doc. 13) is GRANTED IN PART, and this matter is remanded to the Commissioner for further proceedings.

3. A final order is entered concurrently herewith.

---

[1] Martin O'Malley became the Commissioner of the Social Security Administration on December 20, 2023, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).

_____
CHIEF UNITED STATES DISTRICT JUDGE